# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| *Plaintiff-Respondent* | } | |
| | } | |
| v. | } | CRIMINAL ACTION NO. C-92-161 |
| | } | CIVIL ACTION NO. C-97-246 |
| DOUG KROUT | } | |
| *Defendant-Petitener* | } | |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Doug Krout's "Motion Pursuant to 18 U.S.C. § 3582 and Pursuant

to Rule 60(b)" (Doc. 131) is **DENIED** and his action is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas, this 14th day of March, 2006.

_____

MELINDA HARMON
UNITED STATES DISTRICT JUDGE